DISTRICT COURT OF APPEAL OF FLORIDA
SECOND DISTRICT

_____

NANCY LYNN ADAMS,

Petitioner,

v.

PURA RUDINGER,

Respondent.

No. 2D23-281
_____

September 15, 2023

Petition for Writ of Certiorari to the Circuit Court for Manatee County;
Charles Sniffen, Judge.

Jonathan Jackson Pledger of Franklin, Tennessee, for Petitioner.

James C. Davis and Andre R. Perron of Barnes Walker, Goethe, Perron,
Shea & Robinson, PLLC, Bradenton, for Respondent.

PER CURIAM.

    Dismissed.

NORTHCUTT, VILLANTI, and LABRIT, JJ., Concur.

_____

Opinion subject to revision prior to official publication.